IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES HAROLD MADISON, #163664, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACT. NO. 2:10-cv-610-TMH |
| | )         (WO) |
| RICHARD ALLEN, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

**OPINION and ORDER**

On September 24, 2013, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. 26.) Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED as follows:

(1)    The defendant's motion for summary judgment be GRANTED;

(2)    Judgment be GRANTED in favor of the defendants;

(3)    This case be DISMISSED with prejudice;

(4).    The costs of this proceeding be taxed against the plaintiff.

DONE this the 28th day of October, 2013.

                                        /s/ Truman M. Hobbs
                                        TRUMAN M. HOBBS
                                        SENIOR UNITED STATES DISTRICT JUDGE